[No. 14652-9-III.    Division Three.    July 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
MARTIN JOICE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 94-1-00302-7, Yancey Reser, J., entered
January 17, 1995. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Thompson and Brown, JJ.


[No. 14878-5-III.    Division Three.    July 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRONSON
L. MAIN, *Appellant*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 95-1-00010-1, John E. Bridges, J.,
entered May 1, 1995. *Affirmed in part, reversed in part*
and *remanded* by unpublished opinion per Sweeney, C.J.,
concurred in by Thompson and Schultheis, JJ.


[No. 14984-6-III.    Division Three.    July 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEANIE
LORRAINE BENDT, *Appellant*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 94-1-00472-8, Ted W. Small, J., entered
February 27, 1995. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Thompson and Schultheis,
JJ.


[No. 15764-4-III.    Division Three.    July 24, 1997.]

DAN R. ANTONI, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 94-2-00091-6, Philip W. Borst, J., entered
April 11, 1996. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Thompson and Brown, JJ.